# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CAFFIE BROCKMAN,

    Plaintiff,

vs.                                                    CASE NO. 4:09-cv-280/RS-WCS

TOYS "R" US- DELAWARE, INC.,

    Defendant.

_____/

## **ORDER**

My order dated April 16, 2010, (Doc. 64) is withdrawn.

**ORDERED** on April 26, 2010.

                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**