# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CAFFIE BROCKMAN,

    Plaintiff,

vs.                            CASE NO. 4:09cv280/RS-WCS

TOYS "R" US-DELAWARE, INC.,

    Defendant.

_____/

## ORDER

On March 16, 2010, Plaintiff's attorneys were granted leave to withdraw from the case and Plaintiff was ordered to cause the appearance of a new attorney or file her notice of intent to proceed pro se not later than April 15, 2010 . Plaintiff has not complied with that requirement. Plaintiff was also ordered to file a response to Defendant's Motion for Summary Judgment (Doc. 51) not later than May 15, 2010. Therefore, I conclude that Plaintiff intends to proceed pro se. No further delay of this case will be permitted. Plaintiff has had ample time to retain new counsel. The appearance of new counsel for Plaintiff will not be cause for continuance.

**IT IS ORDERED:**

1. As previously ordered (Doc. 59), Plaintiff shall file her response to Defendant's Motion for Summary Judgment (Doc. 51) not later than May 28, 2010. If Plaintiff fails to file a response by that date, summary judgment may be entered for Defendant.

2. Trial remains scheduled for July 26, 2010, at 8:30 a.m. in Tallahassee, Florida. Pretrial conference remains scheduled for July 22, 2010, at 9:30 a.m. in Panama City, Florida.

3. The U.S. Marshal is directed to serve this Order on Plaintiff at 126 Hicks Road, Lamont, Florida 32336, as soon as possible.

**ORDERED** on May 18, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**